Jeffrey M. Lenkov, Esq.
MANNING, MARDER, KASS, ELLROD, RAMIREZ, LLP
660 SOUTH FIGUEROA STREET
23RD FLOOR at FIGUEROA TOWER
LOS ANGELES CA 90017
213 624-6900
_____

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| PATSY RAYE ARNOLD<br><br>Plaintiff(s)<br><br>v.<br><br>J. C. PENNEY COMPANY, ETC.<br><br>Defendant(s) | CASE NUMBER<br><br>05-02424-DFL-KJM<br><br><br>**SUBSTITUTION OF ATTORNEY** |
|---|---|

Defendant, J. C. PENNEY COMPANY, INC., hereby substitutes STEVEN ENOCHIAN, ESQ. of ENOCHIAN & KENNY, Post Office Drawer 994608, Redding California 96001; telephone: (530) 225-8990; fax: (530) 241-8944; (State Bar No. 61056), who is retained counsel, as attorney of record in the place and stead of Jeffrey M. Lenkov, Esq.

Dated: January 17, 2006           _____/S/_____
                                  Charlotte D. Mahurt
                                  J. C. PENNEY COMPANY, INC.

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: January 19, 2006           _____/S/_____
                                  Jeffrey M. Lenkov, Esq.

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: January 24, 2006           _____/S/_____
                                  Steven Robert Enochian, Esq.

Substitution of Attorney is hereby     ___X___ Approved.     _____ Denied.

Dated: 1/30/2006
                                  _/s/ David F. Levi_____
                                  United States District Judge

Substitution of Attorney

G-01 (08/02)                                                         CCD-G1

PDF created with pdfFactory trial version www.pdffactory.com

RE:   *Arnold v. J. C. Penney Company, et al.*
       United States District Court, Eastern District Case No.: 05-02424-DFL-KJM

## PROOF OF SERVICE

I am employed in the County of Shasta, State of California, I am over the age of eighteen years and not a party to the foregoing action, my business address is 2701 Park Marina Drive, Redding, California 96001-2805.

I am familiar with this company's practice of placing its daily mail, with postage prepaid thereon, in a designated area for deposit in a U.S. mailbox in the City of Redding, California, after the close of the day's business. On the date shown below, I served,

## SUBSTITUTION OF ATTORNEYS

__X__  on the parties in said action, by placing a true copy thereof in a sealed envelope with postage fully prepaid thereon, and placing said envelope in the area designated for outgoing daily mail, addressed as follows:

David Case
BARR & MUDFORD
1824 Court Street
Redding CA 96001
(530) 243-8008
FAX: (530) 243-1648

Laura Chapman
NIXON PEABODY, LLP
Two Embarcadero Cntr, Ste 2700
San Francisco CA 94111

Jeffrey M. Lenkov
Manning, Marder, Kass, Ellrod
660 So. Figueroa Street
23rd Floor at Figueroa Tower
Los Angeles CA 90017

I declare under penalty of perjury that the foregoing is true and correct. Executed January 25, 2006, at Redding, California.

_____
Pat DeWald

PDF created with pdfFactory trial version www.pdffactory.com