| | |
|---|---|
| 1 | **DUGAN BARR**..............................State Bar No. 40663 |
| 2 | **DOUGLAS MUDFORD**.................State Bar No. 156392 |
|   | **J. MICHAEL FAVOR** ....................State Bar No. 85558 |
| 3 | **DAVID CASE**................................State Bar No. 56701 |
|   | **DOUGLAS H. NEWLAN** ..............State Bar No. 032250 |
| 4 | **BARR & MUDFORD** |

1824 Court Street/P.O. Box 994390
Redding, California 96099-4390
Telephone:    (530) 243-8008
Fax:             (530) 243-1648

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATSY RAYE ARNOLD,<br><br>    Plaintiff,<br><br>vs.<br><br>J.C. PENNEY COMPANY, INC.;<br>LIFETIME BRANDS, INC.;<br>LIFETIME HOAN CORPORATION;<br>CUISINART; and DOES 1 through 50,<br>Inclusive,<br><br>    Defendants. | CASE NO.:  05-02424-DFL-KJM<br><br>**STIPULATION OF DISMISSAL OF DEFENDANTS, LIFETIME BRANDS, INC. and LIFETIME HOAN CORPORATION; and ORDER APPROVING STIPULATION** |

It is stipulated by the parties, pursuant to Fed. R. Civ. P. 41(a)(1) that Defendants, LIFETIME BRANDS, INC. and LIFETIME HOAN CORPORATION, shall be voluntarily dismissed without prejudice.

Dated: January 27, 2006.                                    BARR & MUDFORD, LLP.

                                                                  /S/David Case
                                                               DAVID CASE
                                                               Attorneys for Plaintiff

Stipulation of Dismissal of Defendants, Lifetime Brands, Inc. and Lifetime Hoan Corporation; and Order Approving Stipulation

**BARR & MUDFORD**
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA 96099-4390
(530) 243-8008

PDF created with pdfFactory trial version www.pdffactory.com

Dated: January 26, 2006.        NIXON PEABODY, LLP.


     /S/ Laura L. Chapman
LAURA L. CHAPMAN
Attorneys for Defendants,
LIFETIME BRANDS, INC.,
LIFETIME HOAN CORPORATION


Dated: January 26, 2006.        ENOCHIAN & KENNY


     /S/ Steven R. Enochian
STEVEN R. ENOCHIAN
Attorneys for Defendants,
J.C. PENNEY COMPANY, INC.
and CUISINART


### ORDER APPROVING STIPULATION OF DISMISSAL

**IT IS HEREBY ORDERED** that the Stipulation of Dismissal of Defendants, LIFETIME BRANDS, INC. and LIFETIME HOAN CORPORATION be and hereby is approved.

Dated: 1/30/2006

     /s/ David F. Levi
DAVID F. LEVI
United States District Judge

BARR&MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA 96099-4390
(530) 243-8008

PDF created with pdfFactory trial version www.pdffactory.com