| | |
|---|---|
| ENOCHIAN, KENNY & SNOWDEN<br>A LAW CORPORATION<br>P.O. BOX 994608<br>REDDING, CA 96099-4608<br>(530) 225-8990<br><br>STEVEN R. ENOCHIAN, SBN: 61056<br>Attorneys for Defendants J.C. PENNEY COMPANY, INC.<br>and CUISINART | <br>FEB 1 0 2006<br> |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATSY RAYE ARNOLD,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>J. C. PENNEY COMPANY, INC.;<br>LIFETIME BRANDS, INC.;<br>LIFETIME HOAN CORPORATION;<br>CUISINART; and<br>DOES 1 through 50, inclusive,<br><br>　　　　Defendants.<br>_____ / | CASE NO. 05-02424-DFL-KJM<br><br>**STIPULATION AND ORDER TO REMAND ACTION TO STATE COURT** |

IT IS HEREBY STIPULATED by the parties hereto as follows:

1. Defendant Cuisinart was served with the state court action on November 2, 2005.

2. All defendants must consent to remove an action from state court to federal court.

3. On December 1, 2005, defendant J.C. Penney Company, Inc. filed a notice of Removal of Action pursuant to U.S.C. § 1332.

4. Defendant Lifetime Brands, Inc., also sued and served as Lifetime Hoan Corporation joined in the Notice of Removal of Action.

5. Defendant Cuisinart neither joined nor otherwise consented to removal of the action to federal court.

Stipulation and Order to Remand Action to State Court

6. On January 24, 2006, defendant Cuisinart accepted a tender of defense from Defendant J.C. Penney Company and both defendants are now represented by Steven R. Enochian of Enochian, Kenny & Snowden.

7. Defendant Lifetime Brands, Inc., also sued and served as Lifetime Hoan Corporation, was dismissed on January 30, 2006.

8. Plaintiff Patsy Raye Arnold relies exclusively on California state law.

9. The procedural defects and the absence of federal law claims justifies remand.

10. The court has refrained from ruling on any substantive motions in the case.

11. The action is appropriate to remand to state court.

Dated: February 9, 2006     BARR & MUDFORD

/s/
DAVID CASE
Attorney for Plaintiff
PATSY RAYE ARNOLD

Dated: February 9, 2006     ENOCHIAN, KENNY & SNOWDEN

/s/
STEVEN R. ENOCHIAN
Attorneys for Defendants
J.C. PENNY COMPANY, INC. & CUISINART

## ORDER

Based on the stipulation of the parties and good cause appearing therefore, the court, in its discretion, hereby remands this action to the Superior Court of California for the County of Shasta.

Dated: 2/10/2006

JUDGE OF THE FEDERAL COURT
DAVID F. LEVI

6584/104377

ENOCHIAN & KENNY
A LAW CORPORATION
P.O. BOX 994608
REDDING, CA 96099-4608

Stipulation and Order to Remand Action to State Court

2